# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0840
LT Case No. 10-2018-CA-226

_____

JASON DUKES,

    Appellant,

    v.

CWIS, LLC, OFORI AND
ASSOCIATES, PC, TOP SOURCE
REALTY, LLC, A PLUS HOME
PRO, LLC, and SNOW
ENTERPRISES,

    Appellees.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Christopher W. Hewett, of Law Office of Nooney, Roberts,
Hewett, and Nowicki, Jacksonville, for Appellant.

Michael V. Andriano, of Cole, Scott & Kissane, P.A., Orlando, for
Appellee, CWIS, LLC.

No Appearance for Other Appellees.

August 13, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____